FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 1 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. David Randal Williams DEFENDANT(S). | CASE NUMBER SA09-376 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def_____, IT IS ORDERED that a detention hearing is set for __Wed, 8/12/09_____, at _1:45_ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N Block_____, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ *(Other custodial officer)* and produced for the hearing.

Dated: __8/10/09__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)   **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**