FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 12 2009

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>Williams, David Randal<br><br>              Defendant. | Case No.: SA09-376M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

A.  [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  background, cmty ties unknown; lack of bail resources; conduct in absconding from supervision; other evid of inability to

1   *and/or unwillingness*
    *to comply w/ supervision conditions; lack of residence*
2   *assoc w/ multiple personal identifiers*
3   and/or
4   B.   ( ) The defendant has not met his/her burden of establishing by clear and
5        convincing evidence that he/she is not likely to pose a danger to the safety of any
6        other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7        finding is based on _____
8        _____
9        _____
10       _____
11       _____
12
13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __8/12/09__
17                                              ROBERT N. BLOCK
                                                UNITED STATES MAGISTRATE JUDGE